983 F.2d 1055
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Monroe CORNISH, Plaintiff-Appellant,
v.
J. T. HADDEN, Warden, Defendant-Appellee.
 No. 92-6827.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: October 16, 1992
Decided: December 23, 1992
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-91-741-CRT-F)
 Monroe Cornish, Appellant Pro Se.
 Linda Kaye Teal, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.
 E.D.N.C.
 AFFIRMED.
 Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Monroe Cornish appeals from the district court's order which construed his complaint as an action under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), and dismissed it. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Cornish v. Hadden, No. CA-91741-CRT-F (E.D.N.C. June 19, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED